UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIO ALBERTO ESQUIVEL, | § | |
| (TDJC #02061075) | § | |
|    Petitioner | § | |
| VS. | § | MISC. ACTION NO. M-18-1019 |
| | § | |
| LORIE DAVIS, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
|    Respondent | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Mario Alberto Esquivel's action pursuant to 28 U.S.C. § 2254. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis's Report and Recommendation entered as Docket Entry No. 5 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that a certificate of appealability should be **DENIED**, and that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 should be **DISMISSED**.

The Clerk shall send a copy of this Order to the Petitioner and counsel for Respondent.

SO ORDERED this 7th day of November, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge